# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID BRIAN MORGAN, | ) | |
| KAMERON VICKERS, | ) | |
| ERNEST DRAPER, | ) | |
| ROBERT ABUAN, | ) | |
| ERNEST MONCADA, | ) | |
| JONATHON GRAHAM, | ) | |
| STEVEN GLEN CRADDOCK, | ) | |
| CLEVE BILLINGS, | ) | |
| BRIAN CASH, | ) | |
| JAMES SATTERLEE, | ) | |
| ERIC LUCAS, | ) | |
| MARK SHEMM, and | ) | Case No. CIV-20-494-D |
| GARY SOUTHLAND, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTER ORDER:**

The court is in receipt of Plaintiff Eric Lucas' notice to "drop out of this case." *See* Doc. 15.  The Clerk of the Court is instructed to strike Eric Lucas from the list of Plaintiffs.

By direction of Magistrate Judge Suzanne Mitchell, we have entered the above enter order.

CAMELITA REEDER SHINN, CLERK

By:   s/Lesa Boles
Deputy Clerk